UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERRY KILGORE,
4715 66 Place
Hyattsville, MD   20784

      Plaintiff,                                              Civil Action No.:

    v.

Hill PARTNERS CORPORATION, INC
101 W. Worthington Avenue
Charlotte, N.C.  28203

    and

ABM JANITORIAL SERVICES
NORTH CENTRAL, INC.
1400 New York Avenue, NW
Washington, D. C.  20005

    and

UNITED STATES OF AMERICA and its
GENERAL SERVICES ADMINISTRATION
301 Seventh Street, S.W.
Washington, D.C.  20407-0001

Serve:

Michael B. Mukasey
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

      Defendants.

### NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney of America, through the undersigned attorneys, hereby files

this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d)(2). In support of this notice, the United States of America states as follows:

1. The United States of America and its General Services Administration are Defendants in the civil action styled <u>Sherry Kilgore v. Hill Partners, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No. 2007 CA 007480, before the Honorable Maurice Ross.

2. On May 15, 2008, the United States Attorney's Office for the District of Columbia was served with the Amended Complaint. The General Services Administration has not been served. A copy of the Amended Complaint is attached hereto as Exhibit A.

3. Plaintiff's Amended Complaint alleges that on February 26, 2005, at approximately 2:00 p.m., the Plaintiff was walking on ice and snow covered steps outside and on the property of the . . . Old Post Pavilion . . . which is controlled and maintained by each of the Defendants. As the Plaintiff was walking on the . . . steps she stepped onto to a patch of ice which caused her to fall violently to the ground resulting in serious, painful and permanent injuries" (Amended Complaint at 3).

4. Pursuant to 28 U.S.C. § 1442 (a)(1), a civil action begun in a State court against the United States or any agency of the United States may be removed by the United States to a district court. Furthermore, the District Court has original jurisdiction for claims filed against the United States. 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1), 1446, and 2679(d).

June 6, 2008

Respectfully submitted,

*/s/* JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney

*/s/* RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Room E4112
Washington, D.C. 20530
(202) 307-6078

## Certificate of Service

    I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing of Removal of a Civil Action to be served by first class mail on June 6, 2008, upon Defendant ABM Janitorial Services North America, Inc, and counsel of record for Plaintiff and Hill Partners Corporation, Inc. as follows:

Counsel for Plaintiff:

    Keith W. Watters
    1667 K Street, NW, Suite 677
    Washington, D.C. 20006

Counsel for Hill Partners Corporation, Inc.

    David P. Bokow
    Law Office of Guido Porcarelli
    200 International Circle
    Suite 1500
    Hunt Valley, Maryland

Defendant:

    ABM Janitorial Services North America, Inc.
    1400 New York Avenue, NW
    Washington, D.C. 20005

                                                    _____
                                                    BLANCHE L. BRUCE, D.C. BAR # 960245
                                                      Assistant United States Attorney
                                                      555 4th St. NW,
                                                      Washington, DC 20530
                                                      (202) 307-6078

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

Sherry Kilgore

*Plaintiff*

vs.

UNITED STATES OF AMERICA

*Defendant*

Civil Action No. 2007 CA 007480 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Keith W. Watters
Name of Plaintiff's Attorney

1667 K Street, NW, Suite 677
Address
Washington, DC 20006

202-887-1990
Telephone

By _____
Deputy Clerk

Date May 7, 2008

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

*Attachment A*

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

SHERRY KILGORE
4715 66 Place
Hyattsville, MD 20784

    Plaintiff,

vs.

HILL PARTNERS CORPORATION, INC.
101 W. Worthington Avenue
Charlotte, N.C. 28203

    and

ABM JANITORIAL SERVICES
NORTH CENTRAL, INC.
1400 New York Avenue, NW
Washington, DC 20005

    and

UNITED STATES OF AMERICA and its,
GENERAL SERVICES ADMINISTRATION
301 Seventh Street, S.W.
Washington, D.C. 20407-0001

Serve:

Michael B. Mukasey
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

    Defendants.

C.A. No.: 2007 CA 007480 B
Judge Maurice Ross

AMENDED COMPLAINT

(NEGLIGENCE)

COMES NOW the Plaintiff, Sherry Kilgore, by and through her attorneys, Keith W. Watters and Associates, and hereby moves for

1

judgment against the Defendants, Hill Partner Corporation, Inc., ABM Janitorial Services-North Central, Inc. and United States of America, on the grounds and in the amount as hereinafter set forth:

1. This Court has jurisdiction pursuant to Title 11, Section 921 of the Code of the District of Columbia (1981 ed., as amended).

2. Plaintiff, Sherry Kilgore, (hereinafter referred to as ("Plaintiff") was at all times relevant herein a resident of the State of Maryland.

3. Upon information and belief, at all times relevant herein, Defendant Hill Partner Corporation, Inc. (hereinafter "Defendant Partners") is incorporated and principally located in the State of North Carolina, is authorized to conduct business in the District of Columbia and is a provider of commercial building management services, personnel, material and support, including for the property known as the Old Post Office Pavilion located at 1100 Pennsylvania Avenue, NW, Washington, D.C.

4. Upon information and belief, at all times relevant herein, Defendant ABM Janitorial Services-North Central, Inc. (hereinafter "Defendant Janitorial") is a foreign business corporation, is authorized to conduct business in the District of Columbia and, at all times referenced in the Complaint, was responsible for policing all stairwells, common areas, setting out rain mats, and assisting with snow removal at the aforementioned Old Post Office Pavilion in the District of Columbia.

2

5. Upon information and belief Defendant United States of America, (hereinafter "Defendant USA") was at all times relevant herein, the owner of the property known as the Old Post Office Pavilion.

6. The Plaintiff provided notice of the claims set forth herein to Defendant USA on or about July 26, 2005

7. On February 26, 2005, at approximately 2:00 p.m., the Plaintiff was walking on ice and snow covered steps outside and on the property of the aforementioned Old Post Office Pavilion and which is controlled and maintained by each of the Defendants.

8. As the Plaintiff was walking on the aforementioned steps she stepped onto to a patch of ice which caused her to fall violently to the ground resulting in serious, painful and permanent injuries.

9. The Plaintiff was at all times paying full time and attention to her actions and with due and proper regard for her own safety.

10. The Defendants were negligent in failing to properly inspect the premises to ensure that the said premises were safe for all tenants and invitees.

11. The Defendants were negligent in failing to properly maintain the premises in a safe and reasonable manner to insure the safety of the Plaintiff and other invitees entering or exiting the Old Post Office Pavilion.

12. The Defendants were negligent in that they had actual or constructive notice of the ice and snow on the aforementioned premises in a reasonable time to have prevented the injuries to the Plaintiff and, notwithstanding such knowledge, the Defendants negligently failed to correct the dangerous condition or to warn the Plaintiff of the dangerous condition which existed or to otherwise prevent the injuries which she sustained.

13. The Defendants were negligent in that they had actual and/or constructive notice of the dangerous condition then and there existing in sufficient time to have prevented the injury to the Plaintiff and having such knowledge the Defendants negligently failed to warn the Plaintiff of the dangerous condition which existed or to otherwise prevent the injuries which she sustained.

14. As a direct and proximate result of the negligence of the Defendants, the Plaintiff sustained severe, painful, permanent, and disabling injuries, has incurred medical expenses and will incur further medical expenses in connection with these injuries in the foreseeable future.

15. As a direct and proximate result of the negligence of the Defendants, the Plaintiff has incurred lost wages while recovering from her injuries.

**WHEREFORE**, the Plaintiff, Sherry Kilgore, prays for relief and respectfully requests this Honorable Court grant judgment against the Defendants Hill Partners Corporation, Inc., ABM Janitorial

Services-North Central, Inc. and United States of America, jointly and severally, in the amount of Five Hundred Thousand Dollars ($500,000) in compensatory damages, plus interest and costs of this suit.

Respectfully submitted,<br>
KEITH WATTERS & ASSOCIATES<br><br>
/s/ Keith W. Watters<br>
KEITH WINSTON WATTERS<br>
1667 K Street, NW<br>
Suite 677<br>
Washington, DC   20006<br>
(202) 887-1990<br>
D.C. Bar #319210<br>
keithwatters@verizon.net

## JURY DEMAND

Plaintiff hereby demands a trial by a jury of six (06) as to all issues raised in her Complaint.

/s/ Keith W. Watters<br>
KEITH WINSTON WATTERS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2008, a true and correct copy of the foregoing Amended Complaint was sent via CaseFileXpress to:

David P. Bokow, Esquire
Law Office of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD   21030
Counsel for Defendant Hill Partner Corp.

I hereby certify that a copy of the foregoing Amended Complaint was not mailed or delivered to Defendant ABM Janitorial Services North America, Inc. or Defendant United States of America as these Defendants have not entered an appearance in this matter. The Defendants will be served via special process server in accordance with the Superior Court Rules of Civil Procedure.

/s/ Keith W. Watters
KEITH WINSTON WATTERS

# CIVIL COVER SHEET

JS-44
(Rev 2/01 DC)

## I (a) PLAINTIFFS
Sherry Kilgore

## DEFENDANTS
Hill Partners Corp, Inc; ABM JANITORIAL SERVICES; UNITED STATES OF AMERICAN AND GENERAL SERVICES ADMINISTRAITON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Maryland__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __North Carolina__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Keith W. Watters
1667 K Street, NW, Suite 677
Washington, D.C. 20006

Case: 1:08-cv-00974
Assigned To : Robertson, James
Assign. Date : 6/6/2008
Description: PI/Malpractice

**JURY ACTION**

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ A. Antitrust
- [ ] 410 Antitrust

● B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ⊗ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
A slip and fall case on property owned by the United States of America. Removal to federal court pursuant to 28 USC 1441, 1442, 1446, and 2679

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ $500,000.   Select YES only if demanded in complaint   JURY DEMAND: ⊠ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES   ⊠ NO   If yes, please complete related case form.

DATE 6/5/08   SIGNATURE OF ATTORNEY OF RECORD /s/ [signature]

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_SHERRY KILGORE_
Plaintiff

v.

_Hill Partners Corp., Inc._ ET AL
Defendant

Civil Action No. **08 0974**

**JUN - 6 2008**

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **ROBERTSON, J. JR.** All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: _KEITH WATTERS_

929A
Rev. 7/02