UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRY KILGORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILL PARTNERS CORPORATION, INC. )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0974 (JR) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Federal Defendants[1] respectfully move the Court for an enlargement of time until August 11, 2008, to answer or otherwise respond to the Plaintiff's Complaint. A scheduling order has not been entered in this case. This is the Federal Defendants' first request for an enlargement of time. Plaintiff's counsel does not oppose this Motion.

The case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on June 6, 2008. Fed. R. Civ. P. 81 (c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agencies for the filing of the Federal Defendants' answer or response to the

---

[1] This case was removed from Superior Court for the District of Columbia on June 6, 2008, case number 07ca7480. The Federal Defendants in this action are the United States of America and General Services Administration.

complaint.

Such enlargement is consistent with the 60-day period that the United States is accorded to respond to Complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to grant this motion.

Wherefore, it is respectfully requested that the Federal Defendants have up to and including August 11, 2008 to answer or respond to Plaintiff's Complaint.

Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

   /s/
BLANCHE L. BRUCE, D.C. Bar No. 965245
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-6078

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRY KILGORE,               )  |   |
|                                            )  |   |
|       Plaintiff,                      )  | Civil Action No. 08-0974 (JR) |
|                                            )  |   |
|       v.                                )  |   |
|                                            )  |   |
| HILL PARTNERS CORPORATION, INC. ) |   |
| et al.,                                 )  |   |
|                                            )  |   |
|       Defendants.                 )  |   |
| _____) |   |

**O R D E R**

**UPON CONSIDERATION** of the Federal Defendants' Unopposed Motion for Enlargement of Time, and for good cause shown, it is this ___ day of June, 2008 hereby

ORDERED, that the said motion should be and hereby is granted.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE