UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERRY KILGORE** | * |
|     **Plaintiff** | * |
| **v.** | *   1:08-cv-00974 (JR) |
| **HILL PARTNERS CORPORATION, INC.**, *et al* | * |
| | * |
|     **Defendants.** | |
| | * |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*   \*

## ANSWER TO AMENDED COMPLAINT

Defendant, American Building Maintenance Co. of New York, (improperly identified in the Complaint as ABM Janitorial Services North Central, Inc.), by its attorneys, Jeffrey C. Seaman and Whiteford, Taylor & Preston L.L.P., and for its Answer to Plaintiff's Amended Complaint, states as follows:

### General Denial

The Defendant generally denies any negligence, as well as any and all liability for the alleged incidents referred to in Plaintiff's Amended Complaint.

### Specific Denials

1. The Defendant states that Paragraph 1 contains conclusions of law to which no factual response is required. To the extent that Paragraph 1 contains averments requiring a factual response by Defendant, such averments are denied.

2. The Defendant has insufficient information or knowledge to form a belief as to the truth of the averment contained within Paragraph No. 2.

3. The Defendant has insufficient information or knowledge to form a belief as to the truth of the averment contained within Paragraph No. 3.

4. The Defendant admits that it is a corporation authorized to do business in the District of Columbia; the Defendant denies the remaining allegations contained in Paragraph No. 4.

5. The Defendant has insufficient information or knowledge to form a belief as to the truth of the averment contained within Paragraph No. 5.

6. The Defendant has insufficient information or knowledge to form a belief as to the truth of the averment contained within Paragraph No. 6.

7. The Defendant denies the allegations contained in Paragraph No. 7.

8. The Defendant has insufficient information or knowledge to form a belief as to the truth of the averment contained within Paragraph No. 8.

9. The Defendant denies the allegations contained in Paragraph No. 9.

10. The Defendant denies the allegations contained in Paragraph No. 10.

11. The Defendant denies the allegations contained in Paragraph No. 11.

12. The Defendant denies the allegations contained in Paragraph No. 12.

13. The Defendant denies the allegations contained in Paragraph No. 13.

14. The Defendant denies the allegations contained in Paragraph No. 14.

15. The Defendant denies the allegations contained in Paragraph No. 15.

FIRST DEFENSE

The Plaintiff's Amended Complaint fails to state a cause of action against this Defendant upon which relief may be granted.

SECOND DEFENSE

The Plaintiff's claims are barred by her contributory negligence.

THIRD DEFENSE

The Plaintiff's claims are barred by her assumption of the risk.

FOURTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by accord and satisfaction.

FIFTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by estoppel.

SIXTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by her failure to name an indispensable party.

SEVENTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by the applicable limitations period.

EIGHTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by collateral estoppel.

NINTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by payment and /or release.

TENTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by the doctrine of *res judicata*.

ELEVENTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by waiver.

TWELFTH DEFENSE

This Defendant reserves the right to defend on the basis that Plaintiff's claims are barred by governmental immunity.

THIRTEENTH DEFENSE

The Defendant reserves the right to defend on the basis that the Plaintiff has failed to mitigate her damages.

The Defendant reserves the right to raise any defense available in law and or in fact.

WHEREFORE, having fully answered Plaintiff's Complaint, the Defendant respectfully requests that this Court dismiss the Complaint, grant Defendant its fees and costs in defending this matter, and grant it such further relief as the Court deems just and proper.

Respectfully Submitted,

_____/s/Jeffrey C. Seaman
**Jeffrey C. Seaman (#466509)**
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W., Suite 400
Washington, D.C.  20036-5405
(202) 659-6776 – Office
(202) 327-6176 -- Facsimile
jseaman@wtplaw.com
*Attorney for Defendant,*
*American Building Maintenance Co.*
*of New York*