**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHERRY KILGORE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 08-0974 (JR) |
| : | |
| HILL PARTNERS CORPORATION, INC., : | |
| *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

No response having been timely filed to the motion of the United States and GSA to dismiss [#5], that motion is **granted**, and the Clerk is directed to set a Rule 16 scheduling conference for the remaining parties.  No proof of service having been filed as to defendant Hill Partners Corporation, Inc., this action will be re-styled Kilgore v. ABM Janitorial Services North Central, Inc.  It is **SO ORDERED**.


                                     JAMES ROBERTSON
                               United States District Judge